ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of - | ) | |
| | ) | |
| Archer Western Aviation Partners | ) | ASBCA Nos. 62035-ADR, 62047-ADR |
| | ) | 62387-ADR, 62388-ADR |
| | ) | |
| Under Contract No. W912DQ-14-C-4006 | ) | |

APPEARANCE FOR THE APPELLANT:        Steven D. Meacham, Esq.
                                      Peel Brimley LLP
                                      Henderson, NV

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
                                      Engineer Chief Trial Attorney
                                    Virginia Murray, Esq.
                                    David Gasvoda, Esq.
                                      Engineer Trial Attorneys
                                      U.S. Army Engineer District, Kansas City

ORDER OF DISMISSAL

The dispute has been settled.  These appeals are dismissed with prejudice.

Dated:  August 9, 2022

JAMES SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62035-ADR, 62047-ADR, 62387-ADR, 62388-ADR, Appeals of Archer Western Aviation Partners, rendered in conformance with the Board's Charter.

Dated: August 9, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals